IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2008 JUN 20 PM 4: 44

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | SA08CA0492OG |
| ZAMORA HARVESTING, INC., | § § | **COMPLAINT** |
| Defendant. | § § | |

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "Commission" or "EEOC") brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967 ("ADEA"), to compel specific performance of two (2) Negotiated Settlement Agreements ("Agreements") resolving charges of discrimination filed by Stephanie Olivarez and Benita Hernandez on the basis of sex, female. The EEOC entered into the two (2) Agreements with Zamora Harvesting, Inc. ("Zamora Harvesting") on or about March 19, 2008, in settlement of Charge Nos. 451-2007-01909 and 451-2007-01912, which Ms. Olivarez and Ms. Hernandez filed with the Commission. The Agreements require Zamora Harvesting, among other things, to pay Ms. Olivarez and Ms. Hernandez $1,800 each, and to provide written notification to the Commission that it has fulfilled its obligations under the Agreements. Since Zamora Harvesting has not complied with these obligations, the EEOC is seeking to enforce these Agreements and is requesting that the Court order Zamora Harvesting to pay Stephanie Olivarez and Benita Hernandez $1,800.00 each, as these payments are past due and owing, and to provide the EEOC with written notice that

these payments have been tendered to Ms. Olivarez and Ms. Hernandez.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court s invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, and Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §621 et seq., (the "ADEA"), which incorporates by reference Sections 16 and 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§216(c) and 217 (the "FLSA").

2.  The employment practices alleged to be unlawful and the breach of the Agreements were committed within the jurisdiction of the United States District Court for the Western District of Texas, San Antonio Division. Venue is appropriate because Title VII cases may be brought in any judicial district in the State in which the unlawful employment practice is alleged to have been committed. Additionally, section 633a(c) of the ADEA provides that a civil action may be brought in any Federal district court of competent jurisdiction.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission, (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and the ADEA and is authorized to bring this lawsuit pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and § 7(b) of the ADEA, 29 U.S.C. §626(b), as amended by §2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Zamora Harvesting has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701 (b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h), and Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§630(b), (g) and (h).

## STATEMENT OF CLAIMS

5. More than thirty days prior to the institution of this lawsuit, Stephanie Olivarez and Benita Hernandez filed charges of discrimination with the Commission alleging violations of Title VII by Zamora Harvesting. All conditions precedent to the institution of this lawsuit have been fulfilled.

6. On October 25, 2007, Ms. Olivarez and Ms. Hernandez each filed a Charge of Discrimination with the EEOC alleging that Zamora Harvesting denied her employment because of her sex, female. Copies of the Charges of Discrimination[1] are attached hereto as Exhibits 1 and 2. The Charges were resolved when Ms. Olivarez, Ms. Hernandez and Zamora Harvesting agreed to the terms and conditions proposed by the EEOC, as reflected in the Agreements signed and executed by the EEOC, Zamora Harvesting, Ms. Olivarez and Ms. Hernandez. Under the terms of each of these Agreements, copies of which are attached as Exhibits 3 and 4, Zamora Harvesting agreed that:

> Within ten (10) days of receipt of a finalized copy of this Agreement, Stephanie Olivarez/Benita Hernandez will receive the monetary amount of $ 1,800 US Dollars, which will be mailed to her address (P.O. Box 8265, Weslaco, Texas 78596) as a settlement of this charge... (See paragraph 3(a)); and

---

[1] There is a discrepancy between the statute cited in the Agreements and the Charges of Discrimination filed by Ms. Olivarez and Ms. Hernandez. The Charges are filed under Title VII and the Agreements mistakenly cite to the ADEA rather than Title VII.

> The Respondent agrees to provide written notice to the Director of San Antonio Field Office within 10 days of satisfying each obligation specified at paragraph 3a, 3b, and 3c of the Agreement. (See paragraph 5).

A copy of each Agreement was sent to counsel for Zamora Harvesting on March 24, 2008, via regular mail. As of this date, Charging Parties claim they have not received the settlement funds, and Zamora Harvesting has not provided the EEOC with any evidence that it has made or attempted to make these payments.

7.   The Commission seeks enforcement of these two Agreements pursuant to its enforcement authority under Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, and under Section 7(b) of the ADEA, 29 U.S.C. §626(b).

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court to:

A.   Order Zamora Harvesting to perform all the duties and obligations previously agreed to under the Agreements, and specifically to pay Stephanie Olivarez and Benita Hernandez $1,800.00 each, along with interest as allowed by law;

B.   Order Zamora Harvesting to provide the EEOC written notice that it has tendered payments to Ms. Olivarez and Ms. Hernandez; and

C.   Award the Commission its costs in this action.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

*Judith M. Taylor for*
ROBERT A. CANINO
Regional Attorney *by permission*
Oklahoma State Bar No. 011782

*Judith M. Taylor*
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas Bar No. 19708300
E-mail: judith.taylor@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7637
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>451-2007-01909 |
|---|---|---|

Texas Workforce Commission Civil Rights Division                          and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Stephanie Olivarez | Home Phone No. (Incl Area Code)<br>(956) 246-9742 | Date of Birth<br>08/01/1978 |
|---|---|---|

Street Address                                       City, State and ZIP Code
P.O. Box 8265, Weslaco, TX 78596

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>ZAMORA HARVESTING, INC. | No. Employees, Members<br>101 - 200 | Phone No. (Include Area Code)<br>(956) 797-2965 |
|---|---|---|

Street Address                                       City, State and ZIP Code
31132 South Covarrubias Rd., La Feria, TX 78559

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                                       City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest         Latest<br>09-07-2007    09-07-2007<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On September 7, 2007, I was denied employment as a Harvest Worker. I was told that the job was for men only.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT
1

Exh. 1

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X _____<br>Date          xStephio O%<br>                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>451-2007-01912 |
|---|---|---|

Texas Workforce Commission Civil Rights Division                and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Benita Hernandez | (956) 246-9742 | 02/13/1968 |

Street Address: P.O. Box 8265, Weslaco, TX 78596

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ZAMORA HARVESTING, INC. | 101 - 200 | (956) 797-2965 |

Street Address: 31132 South Covarrubias Rd., La Feria, TX 78559

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-07-2007      Latest: 09-07-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On September 7, 2007, I was denied employment as a Harvest Worker. I was told that the job was for men only.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT 2
Exh. 2

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date ____  Charging Party Signature: *Benita Hernandez*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

MAR-13-08  18:17  From:                                                    T-037  P 04/05  Job-134



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (210) 281-7610
FAX (210) 281-2522
http://www.eeoc.gov

Dallas District Office
San Antonio Field Office
El Paso Area Office

# NEGOTIATED SETTLEMENT AGREEMENT

1. The following Agreement refers to charge number 451-2007-01909 on file with the Equal Employment Opportunity Commission (EEOC) and the Civil Rights Division of the Texas Workforce Commission under the Age Discrimination in Employment Act of 1967, as amended and /or the Texas Commission of Human Rights Act, respectively.

2. In exchange for the satisfactory fulfillment by Zamora Harvesting, Inc of this agreement, Stephanie Olivarez Agrees Not to institute a lawsuit with respect to the above referenced charge.

3. In exchange for the promises of Stephanie Olivarez contained in paragraph (2) of this Agreement, Zamora Harvesting, Inc. agrees:

    a. That within ten (10) days of receipt of a finalized copy of this agreement, Stephanie Olivarez will receive the monetary amount of $ 1,800 US Dollar which will be mailed to her address (P.O. Box 8268, Weslaco, TX 78596) as a settlement of this charge.

    b. That within ten (10) days of receipt of a finalized copy of this agreement Respondent will give Stephanie Olivarez equal consideration of employment for future jobs openings.

    c. That there will be no retaliation against Stephanie Olivarez in any employment matters such as transfers, promotions, wages, job assignments, hiring etc. for her filing of the charge of discrimination which resulted in the instant Agreement

4. It is understood that this Agreement does Not constitute an admission by the Respondent of any violation of the Age Discrimination in Employment Act of 1967, as amended or the Texas Commission on Human Rights Act, respectively.

5. The Respondent agrees to provide written notice to the Director of San Antonio Field Office within 10 days of satisfying each obligation specified at paragraph 3a, 3b and 3c of this Agreement.



EXHIBIT 3

Exh. 3

MAR-13-08  13:17  From:                                                          T-037  P.05/09  Job-134

Page 2 of 2
Charge No. 451-2007-01909

3/19/08
Date

Zamora Harvesting, Inc
Respondent

3-17-08
Date

Stephanie Olivarez
Charging Party

6. In reliance on the promises made in paragraphs (2), (3), and (5), the Equal Employment Opportunity Commission agrees to terminate the investigation which it has begun and not to use the above referenced charge as the jurisdictional basis for a civil action under Age Discrimination in Employment Act of 1967, as amended. The Equal Employment Opportunity Commission does not waive or in any manner limit it right to investigate or seek relief in any other charge including but not limited to, a charge filed by a member of the Commission against the Respondent.

On behalf of the Commission:

3·21·08
Date

FOR Pedro Esquivel
    Director
    San Antonio Field Office

MAR-19-08 13:17 From:                                              T-037 P.02/05 .05-194



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (210) 281-7610
FAX (210) 281-2522
http://www.eeoc.gov

Dallas District Office
San Antonio Field Office
El Paso Area Office

# NEGOTIATED SETTLEMENT AGREEMENT

1. The following Agreement refers to charge number 451-2007-01912 on file with the Equal Employment Opportunity Commission (EEOC) and the Civil Rights Division of the Texas Workforce Commission under the Age Discrimination in Employment Act of 1967, as amended and/or the Texas Commission of Human Rights Act, respectively.

2. In exchange for the satisfactory fulfillment by Zamora Harvesting, Inc of this agreement, Benita Hernandez Agrees Not to institute a lawsuit with respect to the above referenced charge.

3. In exchange for the promises of Benita Hernandez contained in paragraph (2) of this Agreement, Zamora Harvesting, Inc. agrees:

    a. That within ten (10) days of receipt of a finalized copy of this agreement, Benita Hernandez will receive the monetary amount of $1,800 US Dollar which will be mailed to her address (P.O. Box 8265, Weslaco, TX 78596) as a settlement of this charge.

    b. That within ten (10) days of receipt of a finalized copy of this agreement Respondent will give Benita Hernandez equal consideration of employment for future openings.

    c. That there will be no retaliation against Benita Hernandez in any employment matters such as transfers, promotions, wages, job assignments, hiring, etc. for her filing of the charge of discrimination which resulted in the instant Agreement

4. It is understood that this Agreement does Not constitute an admission by the Respondent of any violation of the Age Discrimination in Employment Act of 1967, as amended or the Texas Commission on Human Rights Act, respectively.

5. The Respondent agrees to provide written notice to the Director of San Antonio Field Office within 10 days of satisfying each obligation specified at paragraph 3a, 3b and 3c of this Agreement.

EXHIBIT 4

Exh. 4

MAR-19-08  13:17  From:                                                    T-037  P.09/05  Job-134

Page 2 of 2
Charge No. 451-2007-01912

3/19/08
Date

Zamora Harvesting, Inc.
Respondent

3-17-08
Date

Benita Hernandez
Charging Party

6. In reliance on the promises made in paragraphs (2), (3), and (5), the Equal Employment Opportunity Commission agrees to terminate the investigation which it has begun and not to use the above referenced charge as the jurisdictional basis for a civil action under Age Discrimination in Employment Act of 1967, as amended. The Equal Employment Opportunity Commission does not waive or in any manner limit it right to investigate or seek relief in any other charge including but not limited to, a charge filed by a member of the Commission against the Respondent.

On behalf of the Commission:

3-21-08
Date

FOR Pedro Esquivel
Director
San Antonio Field Office